UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Encore Dermatology Inc.

*Plaintiff*

v.

Glenmark Pharmaceuticals Limited

*Defendant*

Civil Action No. _____

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for _____Encore Dermatology Inc._____, certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____
_____
_____

### OR

☑ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

s/ Stephanie L. Jonaitis
Signature of Attorney

301 Carnegie Center, Suite 400
Address

Princeton, NJ 08543
City/State/Zip

March 6, 2020
Date

DNJ-CMECF-005 (10/2018)